# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE3 AND NATIONAL DEFAULT SERVICING CORPORATION,
                              Appellants,
                    vs.
RJRN HOLDINGS, LLC,
                              Respondent.

No. 73125

FILED

FEB 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.
                    Douglas

cc:     Hon. James Crockett, District Judge
        Wright, Finlay & Zak, LLP/Las Vegas
        The Law Office of Mike Beede, PLLC
        Eighth District Court Clerk
        Supreme Court Law Librarian

---

[1]Cause appearing, the motion filed on January 19, 2018, is granted. The conditional sanctions imposed against appellants' counsel in the January 8, 2018, order are vacated.

18-04460